IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSE A. CORENJO-LOPEZ, WENDI REICH, and ANGELO VIDALES<br><br>Defendants. | 8:22–CR–92<br><br>**ORDER DENYING FINAL ORDER OF FORFEITURE WITHOUT PREJUDICE TO REASSERTION** |

This matter is before the Court on the Government's Motion for Final Order of Forfeiture. Filing 196. The Court will deny the Motion without prejudice to reassertion after proper compliance with the applicable notice requirements for the following reasons.

The Indictment in this case included a Forfeiture Allegation encompassing "$3,500.00 United States currency seized from 6732 Florence Boulevard on December 10, 2021." Filing 1 at 3. On October 3, 2023, the Court entered a Preliminary Order of Forfeiture as to Defendants Jose A. Cornejo-Lopez and Angelo Vidales, forfeiting their interests in $3,500.00 in United States currency. Filing 146. That Order referenced December 10, 2021, as the date in which the $3,500.00 was seized. Filing 146 at 1–2. On November 15, 2023, the Court entered a Preliminary Order of Forfeiture as to Defendant Wendi Reich, forfeiting her interest in $3,500.00 in United States currency. Filing 178. That Order likewise referenced December 10, 2021, as the date in which the $3,500.00 was seized. Filing 178 at 1.

However, the Court has discovered a discrepancy that precludes it from granting the Government's Motion for Final Order of Forfeiture at this time. According to the Government's Declaration of Publication and the attachment it submitted along with that Declaration, the Government noticed the following property: "$3,500.00 U.S. Currency (22-FBI-00342) which was

1

seized from Jose Cornejo Lopez on April 19, 2022 at 6732 Florence Boulevard, located in Omaha, NE." Filing 195-1 at 1. Neither the Forfeiture Allegation in Indictment nor either of the two Preliminary Orders of Forfeiture this Court entered referred to currency seized on April 19, 2022. *See* Filing 1 at 3; Filing 146 at 1–2; Filing 178 at 1. All pertinent filings referred to currency seized on December 10, 2021. *See* Filing 1 at 3; Filing 146 at 1–2; Filing 178 at 1.[1] Accordingly, the Court does not find that sufficient notice of the subject property has been given and will not enter a Final Order of Forfeiture at this time. The Court will entertain a future Motion for a Final Order of Forfeiture if the Government corrects this error and files a proper Notice correctly identifying the subject property.

IT IS ORDERED: The Government's Motion for Final Order of Forfeiture, Filing 196, is denied without prejudice to reassertion.

Dated this 12th day of February, 2024.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge

---

[1] The Court further notes that the proposed Order it received from the Government referenced "the $3,500.00 seized from the defendants on or about December 10, 2021 . . . ."