IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>  vs.<br><br>JOSE A. CORENJO-LOPEZ, WENDI REICH, and ANGELO VIDALES<br><br>            Defendants. | **8:22–CR–92**<br><br>**FINAL ORDER OF FORFEITURE** |

This matter is before the Court on the Government's Motion for Final Order of Forfeiture. Filing 210.[1] Having reviewed the record in this case, the Court finds as follows:

1. On October 3, 2023, the Court entered a Preliminary Order of Forfeiture as to Defendants Jose A. Cornejo-Lopez and Angelo Vidales, forfeiting their interests in $3,500.00 in United States currency. Filing 146.

2. On November 15, 2023, the Court entered a Preliminary Order of Forfeiture as to Defendant Wendi Reich, forfeiting her interest in $3,500.00 in United States currency. Filing 178.

3. Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on February 25, 2024, as required by 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure.  A Declaration of Publication was filed on April 26, 2024. Filing 209.

4. The United States advises the Court that no party has filed a petition regarding the subject Property.  From a review of the record, the Court finds that no person or entity has filed a petition.

5. The Government's Motion for Final Order of Forfeiture should be granted. Accordingly,

---

[1] The Court previously denied an earlier version of this Motion without prejudice to reassertion. Filing 207. The Government has since remedied the issues that precluded the Court from entering a final order of forfeiture at that time. *See generally* Filing 209.

1

IT IS ORDERED:

1. The Government's Motion for Final Order of Forfeiture, Filing 210, is granted;

2. All right, title and interest in and to the $3,500.00 seized from the Defendants on or about December 10, 2021, held by any person or entity are forever barred and foreclosed;

3. The $3,500.00 in United States currency is forfeited to the Government; and

4. The Government is directed to disposed of that currency in accordance with the law.

Dated this 29th day of April, 2024.

BY THE COURT:

Brian C. Buescher
United States District Judge